**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Marshall Charles RICHMOND, a.k.a. Marshall Charles Richmond, III, Defendant–Appellant.**

No. 13–30341.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2014.*

Filed Aug. 19, 2014.

Jennifer Jane Martin, Assistant U.S., Kelly A. Zusman, Assistant U.S., Office of

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Kendra M. Matthews, Ransom & Blackmon, LLP, Portland, OR, for Defendant–Appellant.

Before: SCHROEDER, THOMAS, and HURWITZ, Circuit Judges.

### MEMORANDUM **

Marshall Charles Richmond appeals from the revocation of supervised release and the 24–month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Richmond's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Richmond has filed two pro se supplemental briefs. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

All other pending motions are denied as moot.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).